STATE OF NEW JERSEY v. HAROLD COLIN PARRY, JR.

October 3, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. HARRY B. SCHULTZ.

October 3, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. RICHARD WHITEHEAD.

October 3, 1985.

Petition for certification granted.  (See 203 *N.J.Super.* 509)

STATE OF NEW JERSEY v. EDWARD SEIG.

October 3, 1985.

Petition for certification denied.